```
                    UNITED STATES DISTRICT

                     COURT DISTRICT OF

 Marcos Onorato De Paula,      MASSACHUSETTS
Jr.
                               CIVIL ACTION NO.  1:26-cv-10294-MJJ
        V.

    Hyde, et al
```

## ORDER OF DISMISSAL

JOUN, D.J.

In accordance with this Respondents' Status Report dated February 3, 2026, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

```
                                    /s/ Sophie Phillips
February 4, 2026                    -------------------------
                                    Deputy Clerk
```